# EXHIBIT A

Instagram

instagram.com/p/BvFoSamAuFj/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow
Colorado Springs, Colorado

**No comments yet.**

Start the conversation.

7 likes

March 16, 2019

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 12:46 PM (Local time)

12:46 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=2115839765150556&set=a.290282561039628
St. Patrick's Day!
Sat, March 16th
JELLO WRESTLING!
$500 in Cash & Prizes!
Copperhead Road
March 16, 2019 ·
1
1
Write a comment...
Tuesday, December 10, 2024
Tue 12:48 PM (Local time)
12:48 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=2115785961822603&set=a.149135418487677




Copperhead Road
March 16, 2019 ·

Today's the day come shake your Shamrocks at Copperhead tonight. 🍀🍀🍀Come dressed as a Leprechaun for your chance to win a VIP Service. 🇮🇪 Drink Specials All Night and check out Jello Wrestling by some of the Hottest Girls in Colorado Springs. 💚 Can't wait to see you there!

#copperhead #copperheadroadbar #stpatricksday2019 #stpatricksdayparty #stpatricksday #getyourbootson #18andup #countrybar #coloradosprings #coloradonightlife #coloradospringsnightlife #twostep #bestpartyi... See more

4 2

Most relevant

Elicia Peel
Najse Foster
5y Like Reply

View 1 reply

Write a comment...

Tuesday, December 10, 2024
Tue 12:48 PM (Local time)

12:48 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=2110594625675070&set=a.149135418487677
St. Patrick's Day!
Copperhead ROAD
SATURDAY, MARCH 16TH
Aerial Hoop Dancer!
JELLO WRESTLING!
Best Dressed Leprechaun Wins VIP Service!
$5 Proper 12 Shots
$6 Car Bombs
$6 PB&J Shots
$4 Red Headed Sluts
$3 Lucky Charm Shots
Green Beers!
PROPER TWELVE IRISH WHISKEY IRELAND
Doors Open at 5pm | 3330 N Academy Blvd.
Dress to Dance!
719-659-9099 | copperheadroadbar.com
Copperhead Road
March 12, 2019
St Patty Party this Saturday Book your tables now
3 Left
719-659-9099
130
18
25
Most relevant
Lindsay Sax
Guys... jello wrestling.
Marissa Giddens Jessica Van Meter Alasyn Zimmerman
5y Like Reply
View all 2 replies
Milla Briones
Carlos Carrillo
5y Like Reply
Cesar Ruiz
3 left ❓❓❓
5y Like Reply
Write a comment
Tuesday, December 10, 2024
Tue 12:48 PM (Local time)
12:48 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=3800365456697970&set=a.149135418487677
St. Patrick's Day!
WEDNESDAY MARCH 17TH 2021
OPEN 8 PM!
Copperhead Road
March 17, 2021
1
1
Write a comment...
Monday, December 16, 2024
Mon 8:48 PM (Local time)
8:48 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=2762466107154582&set=a.290282561039628
St. Patrick's Day!
Tues, March 17th
JELLO WRESTLING!
$500 in Cash & Prizes!
Copperhead Road
February 25, 2020 ·
4
1
1
Most relevant
Andrew Johnson
Wish I would have seen this.
3y Like Reply
Write a comment...
Monday, December 16, 2024
Mon 8:47 PM (Local time)
8:47 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=2766073166793876&set=a.149135418487677
St. Patrick's Day!
Copperhead Road
TUESDAY, MARCH 17TH
Kiss Someone Irish!
JELLO WRESTLING!
Best Dressed Leprechaun Wins VIP Service!
$5 Jamo Shots
$6 Car Bombs
$6 PB&J Shots
$4 Red Headed Sluts
$3 Lucky Charm Shots
Green Beers!
JAMESON
TRIPLE DISTILLED
IRISH WHISKEY
Doors Open at 6pm | 3330 N Academy Blvd.
Dress to Dance!
719-659-9099 | copperheadroadbar.com
Copperhead Road
February 27, 2020 ·
NO COVER $5 Jamo Shots!!! Best dressed Leprechaun wins VIP Service for a party of 10 , Book your table now.
1
1
Most relevant
Most relevant is selected, so some comments may have been filtered out.
Write a comment...
Monday, December 16, 2024
Mon 8:47 PM (Local time)
8:47 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=2798394403561752&set=a.149135418487677




**Copperhead Road**
March 13, 2020 ·

Don't forget this Saturday or pre Patty Day Party 2 DJs drink specials and Jello Wrestling Call to book your table now 719-659-9099

3 · 2

Most relevant

**Joline White**
Jamie LaRae Miller
4y Like Reply

**Michael Serrato**
Oh yeah.
4y Like Reply

Write a comment...

Monday, December 16, 2024

Mon 8:47 PM (Local time)

8:47 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=2800945466639979&set=a.554009238000291
St. Patrick's Day!
Copperhead Road
SATURDAY, MARCH 14TH
JELLO WRESTLING!
Kiss Someone Irish!
Best Dressed Leprechaun Wins VIP Service!
$5 Jamo Shots
$6 Car Bombs
$6 PB&J Shots
$4 Red Headed Sluts
$3 Lucky Charm Shots
Green Beers!
JAMESON
TRIPLE DISTILLED
IRISH WHISKEY
Doors Open at 6pm | 3330 N Academy Blvd.
Dress to Dance!
719-659-9099 | copperheadroadbar.com
Copperhead Road
March 14, 2020 ·
Best party in town
First 50 to get a corona beer free roll of
#tolietpaper
2
2
Write a comment...
Monday, December 16, 2024
Mon 8:46 PM (Local time)
8:46 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=793783104022902&set=a.290282561039628




Copperhead Road
February 7, 2015 ·

3 1 1

Most relevant

Pita Medina
Samantha Zuniga

9y Like Reply

Write a comment...

Monday, December 16, 2024

Mon 8:33 PM (Local time)

8:33 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=617181491683065&set=a.290282561039628
Copperhead Road
February 9, 2014 ·
SPONSORED BY
X-RATED
CUPID
SHUFFLE
Rendezvous
FEB. 13
What's love got to do with it
FREE CHAMPAGNE FOUNTAIN
AND STRAWBERRIES
FOR THE FIRST 100 PEOPLE
THROUGH THE DOOR!
COPPERHEAD ROAD
3330 N. ACADEMY BLVD. CO. SPRINGS
LOVE MORE INFO? CALL 719-659-9099 FACEBOOK.COM/COPPERHEADROAD
Write a comment...
Monday, December 16, 2024
Mon 8:41 PM (Local time)
8:41 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=616814225053125&set=a.616814211719793
SPONSORED BY
X-RATED
CUPID
SHUFFLE
Rendezvous
What's love got to do with it
FREE CHAMPAGNE FOUNTAIN AND STRAWBERRIES FOR THE FIRST 100 PEOPLE THROUGH THE DOOR!
COPPERHEAD ROAD
3330 N. ACADEMY BLVD. CO. SPRINGS
LOVE MORE INFO? CALL 719-659-9099 FACEBOOK.COM/COPPERHEADROAD
Copperhead Road
February 8, 2014 ·
8
1
1
Most relevant
Brian Lee
lol we have the same girl on our flyer! lol
10y Like Reply
Write a comment...
Monday, December 16, 2024
Mon 8:41 PM (Local time)
8:41 PM
12/16/2024

# EXHIBIT B


Facebook
facebook.com/photo/?fbid=545840865422696 7&set=a.554009238000291
OCTOBER LINEUP
OCTOBER KICKOFF
ANGELS & DEVILS
OCTOBER 1ST
WITCHES & WARLOCKS
OCTOBER 8TH
Hippies
October 15th
GYPSIES
OCTOBER 22ND
BIGGEST HALLOWEEN PARTY IN TOWN
OCTOBER 29TH!!!
COSTUME CONTESTS
EVERY SATURDAY
DOORS OPEN AT 6
$30 DRINK CUP SPECIAL
Copperhead Road
September 21, 2022
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun! #coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar
5
3
Write a comment...
Tuesday, December 10, 2024
Tue 12:51 PM (Local time)
12:51 PM
12/10/2024

Instagram

instagram.com/p/Ciyn5XrM_92/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow

copperheadroadbar 115w
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun!
#coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar

**No comments yet.**

Start the conversation.

9 likes

September 21, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 12:55 PM (Local time)

12:55 PM
12/10/2024

# EXHIBIT C


Facebook
facebook.com/photo/?fbid=545840865422696 7&set=a.554009238000291
OCTOBER LINEUP
OCTOBER KICKOFF
ANGELS & DEVILS
OCTOBER 1ST
WITCHES & WARLOCKS
OCTOBER 8TH
Hippies
October 15th
GYPSIES
OCTOBER 22ND
BIGGEST HALLOWEEN PARTY IN TOWN
OCTOBER 29TH!!!
COSTUME CONTESTS
EVERY SATURDAY
DOORS OPEN AT 6
$30 DRINK CUP SPECIAL
Copperhead Road
September 21, 2022 ·
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun! #coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar
5
3
Write a comment...
Tuesday, December 10, 2024
Tue 12:51 PM (Local time)
12:51 PM
12/10/2024

Instagram ×

instagram.com/p/Ciyn5XrM_92/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow ···

copperheadroadbar 115w
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun! #coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar

**No comments yet.**

Start the conversation.

9 likes

September 21, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 12:55 PM (Local time)

12:55 PM
12/10/2024

Instagram

instagram.com/p/Cid1wjLDJuM/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




copperheadroadbar • Follow

copperheadroadbar 116w
Heyo, keep a lookout on these dates for the month of October! Remember this Saturday, the 17th, for out OktoberFest Event! Hope to see y'all there!!!

~WEDNESDAY's Ladies night! Doors open @ 9PM
~Thursday - Saturday, doors open @ 6PM
~Cup Specials Thursdays and Fridays

27 likes
September 13, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 1:22 PM (Local time)

1:22 PM
12/10/2024

Instagram

instagram.com/p/CinQjIDD_uY/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




copperheadroadbar • Follow

copperheadroadbar 116w
Hey Hey, OktoberFest kicks off tonight! With drinks, games, and sexy contests! We want to see you and your friends come out and hangout! Doors open at 6PM. WE HOPE TO SEE YOU THERE!

**No comments yet.**

Start the conversation.

8 likes

September 17, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 1:22 PM (Local time)

1:22 PM
12/10/2024

Facebook

facebook.com/photo?fbid=5446039558797210&set=a.554009238000291




Copperhead Road
September 17, 2022 ·

Hey Hey, OktoberFest kicks off tonight! With drinks, games, and sexy contests! We want to see you and your friends come out and hangout! Doors open at 6PM. WE HOPE TO SEE YOU THERE!

1

Write a comment...

Tuesday, December 10, 2024

Tue 1:23 PM (Local time)

1:23 PM
12/10/2024

Facebook

facebook.com/photo?fbid=543581194648663 8&set=a.554009238000291




Copperhead Road
September 13, 2022 ·

Heyo, keep a lookout on these dates for the month of October! Remember this Saturday, the 17th, for out OktoberFest Event! Hope to see y'all there!!!

~WEDNESDAY's Ladies night! Doors open @ 9PM
~Thursday - Saturday, doors open @ 6PM
~Cup Specials Thursdays and Fridays

**#oktoberfest #oktoberfest22**
**#copperheadroadbar**
**#copperheadroadbarandnightclub**
**#coloradosprings**

2 2

Write a comment...

Tuesday, December 10, 2024

Tue 1:23 PM (Local time)

1:23 PM
12/10/2024

# EXHIBIT D


Facebook
facebook.com/photo/?fbid=5458408654226967&set=a.554009238000291
OCTOBER LINEUP
OCTOBER KICKOFF
ANGELS & DEVILS
OCTOBER 1ST
WITCHES & WARLOCKS
OCTOBER 8TH
Hippies
October 15th
GYPSIES
OCTOBER 22ND
BIGGEST HALLOWEEN PARTY IN TOWN
OCTOBER 29TH!!!
COSTUME CONTESTS
EVERY SATURDAY
DOORS OPEN AT 6
$30 DRINK CUP SPECIAL
Copperhead Road
September 21, 2022 ·
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun! #coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar
5
3
Write a comment...
Tuesday, December 10, 2024
Tue 12:51 PM (Local time)
12:51 PM
12/10/2024

Instagram ×

instagram.com/p/Ciyn5XrM_92/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow ...

copperheadroadbar 115w
Keep these dates in mind y'all, come dressed for contests and prizes! Starting October 1st, we will be conducting our Angels and Devils Theme! Doors will open at 6PM as usual, $30 Cup Specials, Contests and Games, dancing and drinks! We hope to see y'all attend and have fun! #coloradosprings #themeparty #copperheadroadbarandnightclub #copperheadroadbar

**No comments yet.**

Start the conversation.

9 likes
September 21, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 12:55 PM (Local time)

12:55 PM
12/10/2024

# EXHIBIT E

Instagram ×

instagram.com/p/ChJf3Q_AxYe/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




copperheadroadbar • Follow
Copperhead Road

copperheadroadbar 121w
Dress Up, Win Prizes, Participate in Contests! Copperhead Road Presents COPPER-CON '22...bring your friends and best costume. #coloradosprings #coloradobars #nightclub #colorado

**No comments yet.**

Start the conversation.

17 likes
August 12, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 12:54 PM (Local time)

12:54 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=534539552552828 1&set=a.554009238000291




**Copperhead Road**
August 12, 2022 ·

Copperhead Presents "COPPER-CON". Dress up, Dance, Drink, Join Contests, and Win Prizes!!! Bring your friends and your best costume.

Doors Open @ 6PM, we'll see you there!

2

Write a comment...

Tuesday, December 10, 2024

Tue 12:56 PM (Local time)

12:56 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=5345394618861705&set=a.2173183876082811




Copperhead Road
August 12, 2022 · Colorado Springs, CO, United States ·

Dress Up, Win Prizes, Participate in Contests! Copperhead Road Presents COPPER-CON '22... bring your friends and best costume. #coloradosprings #coloradobars #nightclub #colorado

— at Copperhead Road.

Write a comment...

Tuesday, December 10, 2024

Tue 12:56 PM (Local time)

12:56 PM
12/10/2024


Copper-Con | Facebook
facebook.com/events/794200871714530?acontext=%7B"event_action_history"%3A[%7B"surface"%3A"external"%7D%2C%7B"mechanism"%3A"attachment"%2C"surface"%3A"newsfeed"%...
Search Facebook
Events
Search Events
Home
Your Events
Notifications
+ Create new event
Classics
copper con
20
Saturday, August 20, 2022 at 7 PM CDT
Copper-Con
3330 N Academy Blvd, Colorado Springs, CO 80917-5104, United States
About
Discussion
Details
8 people responded
Event by Copperhead Road
Wade's Cafe
Village Green Park
Antelope Ridge Mead
Tuesday, December 10, 2024
Tue 12:57 PM (Local time)
12:57 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=2375229415878255&set=a.149135418487677
Copperhead Road
COPPER CON
AUGUST 23rd & 24th
COSPLAY COSTUME CONTEST
Prizes Include:
Free Bottle • Free Drinks • Free Cover • Free T-Shirt
3 Flash Fast Pitch • Thors Hammer Smash • Super Man Punch
DOORS OPEN AT 5PM | 3330 N. ACADEMY BLVD. | DRESS TO DANCE
719-659-9099 | COPPERHEADROADBAR.COM
Copperhead Road
August 22, 2019
141
25
41
Most relevant
Chase Williams
What time does it start ?
5y Like Reply
Copperhead Road replied · 2 Replies
Vertex Holdings
Yooooooo !! Is it dudes n chicks or just chicks
5y Like Reply
Copperhead Road replied · 1 Reply
Wake-N-Bake America Radio
Cannot wait till Saturday with all of you #DJMistaTre
5y Like Reply
3
Vertex Holdings
Write a commen
Tuesday, December 10, 2024
Tue 12:59 PM (Local time)
12:59 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=762939549195281&set=a.557916699697568




**Copperhead Road**
December 10, 2023 · Colorado Springs, CO, United States ·

NIGHTMARE BEFORE CHRISTMAS PARTY
LOWEST DRINK SPECIALS IN TOWN:
Enjoy the holiday spirit without breaking the bank with our unbeatable drink specials all month long!
TWO DANCE FLOORS:
Line Dance Floor: Show off your moves with our unbeatable line dancing selections.
Hip Hop Dance Floor: Gather around and move to the latest music with amazing Djs.
NEW MENU WITH AFFORDABLE PRICES:
Indulge in our delicious new menu with wallet-friendly prices! Try our 13 flavors of... **See more**

— at **Copperhead Road**.

2 5 2

Most relevant

Jennifer Velez
**Keri Kurmel** interesting lol
1y Like Reply

Write a comment...

Tuesday, December 10, 2024
Tue 1:01 PM (Local time)

1:01 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=761844842638085&set=pcb.761844899304746
DEC
22
Copperhead
ROAD
Colorado Springs, CO
Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 8, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:02 PM (Local time)
1:02 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=761822942640275&set=pcb.761822992640270
DEC
22
Copperhead
ROAD
Colorado Springs, CO
Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 8, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:02 PM (Local time)
1:02 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=761085349380701&set=pcb.761085406047362
DEC
22
Copperhead
ROAD
Colorado Springs, CO
Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 7, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:02 PM (Local time)
1:02 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=760624206093482&set=pcb.760624262760143
DEC
22
Copperhead
ROAD
Colorado Springs, CO
Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 6, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:02 PM (Local time)
1:02 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=759474626208440&set=pcb.759474682875101
DEC 22
Copperhead ROAD
Colorado Springs, CO Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 4, 2023 · Colorado Springs, CO, United States
— at Copperhead Road.
1
Write a comment...
Tuesday, December 10, 2024
Tue 1:03 PM (Local time)
1:03 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=757704146385488&set=pcb.757704193052150
DEC
22
Copperhead ROAD
Colorado Springs, CO
Est. 2009
NIGHTMARE BEFORE
CHRISTMAS
PARTY
3330 N ACADEMY
COLORADO SPRINGS, CO
This photo is from a post.
View post
Copperhead Road
December 1, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:03 PM (Local time)
1:03 PM
12/10/2024


Facebook
facebook.com/photo?fbid=2323812884353242&set=a.290282561039628
copper con
AUG. 23rd & 24th
Costume Contest / Prizes / Games
Copperhead Road
July 24, 2019 ·
6
1
1
Most relevant
Adam Baker
Time to win again
5y Like Reply
Write a comment...
Monday, December 16, 2024
Mon 8:12 PM (Local time)
8:12 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=1502899636444575&set=a.149135418487677




**Copperhead Road**
October 30, 2017 ·

This month we're celebrating 8 YEARS of Honkey Tonk GOODNESS! To show our appreciation for our FAITHFUL patrons we're throwing a HUGE Birthday Bash Friday NOV 17th with free shots, Giveaways, and LOTS of drink specials! Make sure you come out a celebrate with us!

7 2 8

Most relevant

**Anna Lauer**
Andrea Tully Cassandra Durham
7y Like Reply

**Maria Talavera Waller**
Valkyrie Schmidt
7y Like Reply

Write a comment...

Monday, December 16, 2024
Mon 8:13 PM (Local time)

8:13 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=1502898169778055&set=a.290282561039628
Copperhead Road
Honkey Tonk Saloon
Birthday Bash
FRIDAY
NOV 17
Copperhead Road
October 30, 2017 ·
2
Write a comment...
Monday, December 16, 2024
Mon 8:13 PM (Local time)
8:13 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=1847345671999968&set=a.554009238000291




Copperhead Road
August 31, 2018 ·

Come out and check us out for our Labor Day Party!

1

Write a comment...

Monday, December 16, 2024

Mon 8:19 PM (Local time)

8:19 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=1449674131767126&set=a.290282561039628
COPPERHEAD ROAD PRESENTS
PARTY ZONE AHEAD
LABOR DAY
WEEKEND
DANGER - DANGER - DANGER
PARTY SCENE PARTY SCENE PARTY SCENE
COPPERHEAD ROAD BAR
FEATURING DJ WILL & DJ KASS
DOORS OPEN: 6PM | DRINK SPECIALS
3330 N ACADEMY | VIP TABLES (719) 659-9099
WWW.COPPERHEADROADBAR.COM
Copperhead Road
August 29, 2017
Write a comment...
Monday, December 16, 2024
Mon 8:21 PM (Local time)
8:21 PM
12/16/2024

# EXHIBIT F

Facebook

facebook.com/photo/?fbid=684501267039110&set=pcb.684501313705772




This photo is from a post. View post

Copperhead Road
August 4, 2023 · Colorado Springs, CO, United States ·

— at Copperhead Road.

Write a comment...

Tuesday, December 10, 2024
Tue 1:06 PM (Local time)

1:06 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=684325377056699&set=a.557916699697568




**Copperhead Road**
August 4, 2023 · Colorado Springs, CO, United States ·

Tonight is the night you could win tickets to the last weekend of the Colorado Renaissance Festival **#dancehall #coloradospringsnightlife #coloradosprings #nightlife #bar #contest #dance #linedance #dancehall #goodtimeswithgoodpeople #sexy #specialevents #thingstodo #coloradorenaissancefestival #costumeparty**

— at **Copperhead Road**.

1

Write a comment...

Tuesday, December 10, 2024

Tue 1:06 PM (Local time)

1:06 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=681842030638367&set=a.557916699697568
Copperhead Road Bar Presents
Renaissance Party
August 4th & 5th
Copperhead ROAD
Win tickets to Colorado Renaissance Festival
$30 Cup Specials
2 DJs 1 Roof | Free Parking | Entry $5
DOORS OPEN AT 8PM
WWW.COPPERHEADROADBAR.COM
Copperhead Road
August 1, 2023 ·
We have something special for your weekend. Come dance the nights away and take a chance winning tickets for the last weekend of the Colorado Ren Fair! #dancehall #coloradospringsnightlife #coloradosprings #nightlife #bar #contest #dance #linedance #dancehall #goodtimeswithgoodpeople #sexy #specialevents #thingstodo
2
Write a comment...
Tuesday, December 10, 2024
Tue 1:06 PM (Local time)
1:06 PM
12/10/2024

# EXHIBIT G


Facebook
facebook.com/photo/?fbid=684501267039110&set=pcb.684501313705772
Copperhead Road Bar Presents
Renaissance Party
August 4th & 5th
Copperhead ROAD
Win tickets to Colorado Renaissance Festival
$30 Cup Specials
2 DJs 1 Roof | Free Parking | Entry $5
DOORS OPEN AT 8PM
WWW.COPPERHEADROADBAR.COM
This photo is from a post.
View post
Copperhead Road
August 4, 2023 · Colorado Springs, CO, United States ·
— at Copperhead Road.
Write a comment...
Tuesday, December 10, 2024
Tue 1:06 PM (Local time)
1:06 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=681842030638367&set=a.557916699697568




**Copperhead Road**
August 1, 2023 ·

We have something special for your weekend. Come dance the nights away and take a chance winning tickets for the last weekend of the Colorado Ren Fair! **#dancehall #coloradospringsnightlife #coloradosprings #nightlife #bar #contest #dance #linedance #dancehall #goodtimeswithgoodpeople #sexy #specialevents #thingstodo**

2

Write a comment...

Tuesday, December 10, 2024

Tue 1:06 PM (Local time)

1:06 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=684325377056699&set=a.557916699697568




Copperhead Road
August 4, 2023 · Colorado Springs, CO, United States ·

Tonight is the night you could win tickets to the last weekend of the Colorado Renaissance Festival #dancehall #coloradospringsnightlife #coloradosprings #nightlife #bar #contest #dance #linedance #dancehall #goodtimeswithgoodpeople #sexy #specialevents #thingstodo #coloradorenaissancefestival #costumeparty

— at Copperhead Road.

1

Write a comment...

Tuesday, December 10, 2024

Tue 1:06 PM (Local time)

1:06 PM
12/10/2024

# EXHIBIT H

Instagram

instagram.com/p/CnVFSQZr3dA/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More




copperheadroadbar • Follow

copperheadroadbar 99w
Join us this Friday Night for Military Appreciation Night at Copperhead Road! No cover for all active military and veterans and $15 Red Solo Cup special from 9PM-12AM! #militaryappreciation #coloradosprings #nightlife #nightclub #eventsnearme #drinkspecials

**No comments yet.**

Start the conversation.

7 likes

January 12, 2023

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 1:11 PM (Local time)

1:11 PM
12/10/2024

Instagram ×

instagram.com/p/CnoFAo-AApX/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More




copperheadroadbar • Follow
Copperhead Road

copperheadroadbar 98w
Friday night is Military Appreciation Night at Copperhead Road! All active military and veterans 21+ get in for free! Enjoy our $15 Red Solo Cup Special from 9pm to 12am! #nightlife #coloradosprings #drinkspecials #nightclub #eventsnearme #militaryappreciation

**No comments yet.**

Start the conversation.

3 likes
January 20, 2023

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 1:11 PM (Local time)

1:11 PM
12/10/2024

Instagram ×

instagram.com/p/Cn5F1ANPpiL

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow
Copperhead Road

copperheadroadbar 97w
Active military and veterans 21+ enjoy FREE cover tomorrow night for Military Appreciation Friday at Copperhead Road! Come out and enjoy our $15 red solo cup special and bring your friends! #eventsnearme #coloradosprings #nightclub #drinkspecials #militaryappreciation #friday #fridaynight

**No comments yet.**

Start the conversation.

5 likes
January 26, 2023

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 1:12 PM (Local time)

1:12 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=558830462939525&set=a.557916696364235




Copperhead Road
January 26, 2023 · Colorado Springs, CO, United States ·

Active military and veterans 21+ enjoy FREE cover tomorrow night for Military Appreciation Friday at Copperhead Road! Come out and enjoy our $15 red solo cup special and bring your friends! #eventsnearme #coloradosprings #nightclub #drinkspecials #militaryappreciation #friday #fridaynight

— at Copperhead Road.

1

Write a comment...

Tuesday, December 10, 2024

Tue 1:14 PM (Local time)

1:14 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=5817064348361394&set=a.554009238000291
Copperhead ROAD
MILITARY
APPRECIATION NIGHT
NO COVER FOR ACTIVE MILITARY OR VETERANS 21+
$15 RED SOLO CUP SPECIAL 9PM-12AM
719 659 9099
3033 N Academy Blvd, Colorado Springs, CO, 80917
Copperhead Road
January 20, 2023 · Colorado Springs, CO, United States ·
Friday night is Military Appreciation Night at Copperhead Road! All active military and veterans 21+ get in for free! Enjoy our $15 Red Solo Cup Special from 9pm to 12am! #nightlife #coloradosprings #drinkspecials #nightclub #eventsnearme #militaryappreciation
— at Copperhead Road.
1
Write a comment...
Tuesday, December 10, 2024
Tue 1:14 PM (Local time)
1:14 PM
12/10/2024

Facebook

facebook.com/photo/?fbid=5794613473939815&set=a.149135418487677




Copperhead Road
January 12, 2023 ·

Join us this Friday Night for Military Appreciation Night at Copperhead Road! No cover for all active military and veterans and $15 Red Solo Cup special from 9PM-12AM!
**#militaryappreciation #coloradosprings #nightlife #nightclub #eventsnearme #drinkspecials**

4

Write a comment...

Tuesday, December 10, 2024

Tue 1:15 PM (Local time)

1:15 PM
12/10/2024

# EXHIBIT I

Copperhead Road Bar (@coppe ×

x.com/copperheadrdbar

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Verified Orgs
Profile
More

Post

Jennifer Carpio
@JenniferCa28163

**Copperhead Road Bar**
656 posts




Follow

**Copperhead Road Bar**
@copperheadrdbar

Colorado Springs Best Honkey Tonk Bar

3330 N. Academy Blvd, COS copperheadroadbar.com
Joined October 2014

**15** Following **24** Followers

Not followed by anyone you're following

Posts | Replies | Highlights | Media

**Copperhead Road Bar** @copperheadrdbar · May 4, 2019
The beautiful ladies at Copperheads are excited for the awesome weather!!! Our doors are open all day today for an exciting Saturday!

Search

**You might like**

Sports · Trending

Tuesday, December 10, 2024
Tue 1:16 PM (Local time)

1:16 PM
12/10/2024

# EXHIBIT J

Instagram

instagram.com/p/CVqtCl3vUtM/?img_index=1

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow
Colorado Springs, Colorado

copperheadroadbar 162w
TONIGHT •18+• 8PM DOORS• Join us for a night of a bunch of hocus pocus• Come early stay late 😉 Happy Halloween 👻
#halloween #costumes #colorado #coloradosprings #halloweenparty #colorado

**No comments yet.**

Start the conversation.

10 likes

October 30, 2021

Comments on this post have been limited.

More posts from copperheadroadbar

Tuesday, December 10, 2024

Tue 1:18 PM (Local time)

1:18 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=447654288241355548&set=pcb.4476542945746881
THE BIGGEST HALLOWEEN PARTY IN COLORADO
Copperhead ROAD
HALLOWEEN
BLOWOUT SAT, OCTOBER 30TH
$1 DOMESTICS, $2 WELLS & $3 BOMBS UNTIL10PM
COSTUME CONTESTS • EROTIC HALLOWEEN GAMES
CALL TO RESERVE YOUR BOTTLE SERVICE SPECIALS STARTING AT $99
BIG HALLOWEEN BLOWOUT ON SATURDAY, OCT. 30TH
DOORS OPEN AT 8PM | 3330 N. ACADEMY BLVD. | DRESS TO DANCE
This photo is from a post.
View post
Copperhead Road
October 30, 2021 ·
— in Colorado Springs, CO, United States.
Write a comment...
Tuesday, December 10, 2024
Tue 1:19 PM (Local time)
1:19 PM
12/10/2024


Facebook
facebook.com/photo/?fbid=4476324122435430&set=pcb.4476326325768543
THE BIGGEST HALLOWEEN PARTY IN COLORADO
Copperhead ROAD
HALLOWEEN
BLOWOUT SAT, OCTOBER 30TH
$1 DOMESTICS, $2 WELLS & $3 BOMBS UNTIL10PM
COSTUME CONTESTS • EROTIC HALLOWEEN GAMES
CALL TO RESERVE YOUR BOTTLE SERVICE SPECIALS STARTING AT $99
BIG HALLOWEEN BLOWOUT ON SATURDAY, OCT. 30TH
DOORS OPEN AT 8PM | 3330 N. ACADEMY BLVD. | DRESS TO DANCE
719-659-9099 | COPPERHEADROADBAR.COM
This photo is from a post.
View post
Copperhead Road
October 30, 2021 ·
Write a comment...
Tuesday, December 10, 2024
Tue 1:19 PM (Local time)
1:19 PM
12/10/2024


Facebook
facebook.com/copperheadroadbar/videos/916121456367306
COPPERHEADROAD BAR
PRESENTS
DTF
FIESTA
FREE
COVER
IN
COSTUME
Copperhead
ROAD
CINCO
DE MAYO
NACHO AVERAGE PARTY!
3330 N ACADEMY BLVD COLROADO SPRINGS
FOR VIP 719-659-90999
WWW.COPPERHEADROADBAR.COM
Support Our Troops
0:04 / 0:05
Copperhead Road is at Copperhead Road.
March 7, 2023 · Colorado Springs, CO, United States ·
Happy Cinco de Mayo!...
See more
52
Like
Comment
Share
Comments
See all
Write a comment...
Monday, December 16, 2024
Mon 8:17 PM (Local time)
8:17 PM
12/16/2024

Cinco De Drinko Fiesta | Facebo

facebook.com/events/3396421487288744/?acontext=%7B"event_action_history"%3A[%7B"mechanism"%3A"attachment"%2C"surface"%3A"newsfeed"%7D]%2C"ref_notif_type"%3Anull%7D

Search Facebook

# Events

Search Events

Home

Your Events

Notifications

+ Create new event

Categories

Classics




5

Friday, May 5, 2023 at 7 PM CDT

## Cinco De Drinko Fiesta

Copperhead Road

About Discussion

### Details

7 people responded

Event by **Copperhead Road**

Wade's Cafe

Village Green Park

Antelope Ridge Mead

Monday, December 16, 2024

Mon 8:18 PM (Local time)

8:18 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=587447066744531&set=gm.3396421520622074
COPPERHEADROAD BAR PRESENTS
DOWN TO DTE FIESTA
FREE COVER IN COSTUME
Copperhead ROAD
CINCO DE MAYO
NACHO AVERAGE PARTY!
3330 N ACADEMY BLVD COLROADO SPRINGS
FOR VIP 719-659-90999
WWW.COPPERHEADROADBAR.COM
Support Our Troops
Copperhead Road
March 7, 2023
Write a comment...
Monday, December 16, 2024
Mon 8:18 PM (Local time)
8:18 PM
12/16/2024

# EXHIBIT K

Instagram ×
instagram.com/p/Cid1wjLDJuM/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More




copperheadroadbar • Follow

copperheadroadbar 116w
Heyo, keep a lookout on these dates for the month of October! Remember this Saturday, the 17th, for out OktoberFest Event! Hope to see y'all there!!!

~WEDNESDAY's Ladies night! Doors open @ 9PM
~Thursday - Saturday, doors open @ 6PM
~Cup Specials Thursdays and Fridays

27 likes
September 13, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 1:22 PM (Local time)

1:22 PM
12/10/2024

Instagram

instagram.com/p/CinQjIDD_uY/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




copperheadroadbar • Follow

copperheadroadbar 116w
Hey Hey, OktoberFest kicks off tonight! With drinks, games, and sexy contests! We want to see you and your friends come out and hangout! Doors open at 6PM. WE HOPE TO SEE YOU THERE!

**No comments yet.**

Start the conversation.

8 likes

September 17, 2022

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 1:22 PM (Local time)

1:22 PM
12/10/2024


Facebook
facebook.com/photo?fbid=544603955879721O&set=a.554009238000291
COPPERHEAD ROAD'S
HALLOWEEN LINEUP
Doors Open @ 6PM
September 17
Oktoberfest
OCTOBER 29TH
BIGGEST HALLOWEEN PARTY IN TOWN!!!
OCTOBER 22ND
GYPSIES
October 1st
Angels & Devils
COSTUME CONTESTS EVERY SATURDAY
CASH PRIZES
October 8th
WITCHES † WARLOCKS
October 15th
HIPPIES
PUMPKIN CARVING CONTEST
VIP RESERVATIONS 719-659-9099
Copperhead Road
September 17, 2022 ·
Hey Hey, OktoberFest kicks off tonight! With drinks, games, and sexy contests! We want to see you and your friends come out and hangout! Doors open at 6PM. WE HOPE TO SEE YOU THERE!
1
Write a comment...
Tuesday, December 10, 2024
Tue 1:23 PM (Local time)
1:23 PM
12/10/2024

Facebook

facebook.com/photo?fbid=543581194648663 8&set=a.554009238000291




Copperhead Road
September 13, 2022 ·

Heyo, keep a lookout on these dates for the month of October! Remember this Saturday, the 17th, for out OktoberFest Event! Hope to see y'all there!!!

~WEDNESDAY's Ladies night! Doors open @ 9PM
~Thursday - Saturday, doors open @ 6PM
~Cup Specials Thursdays and Fridays

#oktoberfest #oktoberfest22
#copperheadroadbar
#copperheadroadbarandnightclub
#coloradosprings

2 2

Write a comment...

Tuesday, December 10, 2024

Tue 1:23 PM (Local time)

1:23 PM
12/10/2024

# EXHIBIT L

Instagram

instagram.com/p/CwqCXpNsCOz/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- AI Studio
- Threads
- More




copperheadroadbar • Follow
Original audio

copperheadroadbar 66w
New menu just in time #costumeparty #SexySaturday #danceclub #specialevents #Contests #coloradosprings #copperheadroadbar #ladiesnight #militaryappreciation

**No comments yet.**

Start the conversation.

7 likes
September 1, 2023

Comments on this post have been limited.

Tuesday, December 10, 2024
Tue 1:26 PM (Local time)

1:26 PM
12/10/2024


Instagram
instagram.com/p/CwsxXTcNmGi/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
AI Studio
Threads
More
COPPERHEAD ROAD BAR PRESENTS
SAT SEPT 2nd 8PM
Copperhead ROAD
Pabst Blue Ribbon
Trailer Trash BASH
DJ Dr PHILL X DJ E
3330 N Academy Blvd Colorado Springs, CO 80917
719-659-9099
$3 Beers
copperheadroadbar • Follow
Original audio
copperheadroadbar 66w
Let the trailer flags fly! #costumeparty #specialevent #SexySaturday #danceclub #nightclub #coloradosprings #nightlife #drinkspecials
No comments yet.
Start the conversation.
9 likes
September 2, 2023
Comments on this post have been limited.
Tuesday, December 10, 2024
Tue 1:27 PM (Local time)
1:27 PM
12/10/2024

Instagram

instagram.com/p/CwtXJpqIR-i/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

AI Studio

Threads

More




copperheadroadbar • Follow
Original audio

copperheadroadbar 66w
New menu items for you #ladiesnightout #coloradospringsnightlife #nightlife #coloradosprings #bar #contest #militaryappreciation #thingstodo #dancehall #specialevents #sexy #nightclub #dance

**No comments yet.**

Start the conversation.

4 likes

September 2, 2023

Comments on this post have been limited.

Tuesday, December 10, 2024

Tue 1:27 PM (Local time)

1:27 PM
12/10/2024


copperhead road bar & nightcl
google.com/search?q=copperhead+road+bar+%26+nightclub&rlz=1C1ONGR_enUS1071US1071&oq=COPPERHEAD+ROAD+BAR+&gs_lcrp=EgZjaHJvbWUqBwgBEAAYgAQyBggAEEUYOTIHC...
Copperhead Road Bar & Nightclub
All
Menu
Food & drink
Vibe
By owner
Street View & 360°
Videos
Copperhead Road Bar & Nightclub
COPPERHEAD ROAD BAR PRESENTS
SAT SEPT 2nd 8PM
Trailer Trash
BASH
DJ Dr PHILL X DJ E
3330 N Academy Blvd Colorado Springs, CO 80917
719-659-9099
$3 Beers
Images may be subject to copyright
Home
See outside
Tuesday, December 10, 2024
Tue 1:32 PM (Local time)
1:32 PM
12/10/2024

# EXHIBIT M

Facebook

facebook.com/photo/?fbid=1823212044413331&set=a.290282561039628




Copperhead Road
August 15, 2018 ·

Write a comment...

Monday, December 16, 2024
Mon 8:20 PM (Local time)

8:20 PM
12/16/2024


Facebook
facebook.com/photo?fbid=1444816705586202&set=a.290282561039628
Copperhead
08.25.17
COPPER
CON
COSPLAY CONTEST
WWW.COPPERHEADROADBAR.COM
(719) 659-9099 FOR VIP TABLES
FACEBOOK.COM/COPPERHEADROADBAR
INSTAGRAM.COM/COPPERHEADROADBAR
3330 N ACADEMY BLVD COLORADO SPRINGS CO 80917
Support Our Troops
Copperhead Road
August 23, 2017 ·
1
1
Write a comment...
Monday, December 16, 2024
Mon 8:21 PM (Local time)
8:21 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=1646099905457880&set=a.149135418487677
Copperhead
Copperhead
PENNY
PITCHERS
Every Wednesday
3330 N ACADEMY BLVD | VIP 719.659.9099
Copperhead Road
March 26, 2018 ·
Every Wednesday is our all new PENNY PITCHERS WEDNESDAYS! Also don't forget about all the leagues going on @ Copperhead Road! You have a chance to win $250 for each league; Pool, Darts, & Poker! Come out and enjoy the fun!
194
36
31
Most relevant
Christopher Higgins
Are we going Brett Gonzalez
6y Like Reply 2
View 1 reply
Mona Ortega
Do you get to choose what type of beer or is it a certain type that is only for that night and what is that beer you don't mind me asking
6y Like Reply
Jesse Lopez
Write a comment...
Monday, December 16, 2024
Mon 8:22 PM (Local time)
8:22 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=1640169966050874&set=a.290282561039628
PENNY
Copperhead
Copperhead
PITCHERS
Every Wednesday
3330 N ACADEMY BLVD
Copperhead Road
March 20, 2018 ·
2
1
Write a comment...
Monday, December 16, 2024
Mon 8:23 PM (Local time)
8:23 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=1640455436022327&set=a.149135418487677




**Copperhead Road**
March 21, 2018 ·

Tonight is our all new PENNY PITCHERS WEDNESDAYS! Also don't forget about all the leagues going on @ Copperhead Road! You have a chance to win $250 for each league; Pool, Darts, & Poker! Come out and enjoy the fun!

19 · 26 · 9

Most relevant

Author
**Copperhead Road**
Only $5 cover for penny pitchers
6y Like Reply
View 1 reply

**Jimmy Snare**
**Dalton Schramek** what!?! Penny pitchers is a thing? Lol
6y Like Reply
View 1 reply

**Benny Chavez**

Write a comment...

Monday, December 16, 2024
Mon 8:23 PM (Local time)

8:23 PM
12/16/2024


Facebook
facebook.com/photo?fbid=755503314517548&set=a.149105501824002
COPPERHEAD ROAD PRESENTS
THURSDAY, NOVEMBER 27th, 2014
DOORS OPEN @8PM
it's all
Gravy
baby!
@copperheadroadbo
OLLOW US ON FACEBOOK
Copperhead Road
November 27, 2014
5
Write a comment...
Monday, December 16, 2024
Mon 9:30 PM (Local time)
9:30 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=755503011184245&set=a.290282561039628
COPPERHEAD ROAD PRESENTS
THURSDAY, NOVEMBER 27th, 2014
DOORS OPEN @8PM
@copperheadroadbar
FOLLOW US ON FACEBOOK
it's all Gravy baby!
WE WOULD LIKE TO SHOW
OUR THANKS BY GIVING OUT A
COMPLIMENTARY TURKEY DINNER
$2 WILD TURKEYS (for all you straight shooters)
$3 PASS THE TURKEY (mixer of your choice)
$4 CRANBERRY THANKFUL with CROWN ROYAL
RSVP YOUR BOOTH/PARTY 719.659.9099
Copperhead Road
November 27, 2014 ·
1
Write a comment...
Monday, December 16, 2024
Mon 8:36 PM (Local time)
8:36 PM
12/16/2024

# EXHIBIT N


Facebook
facebook.com/photo/?fbid=1823212044413331&set=a.290282561039628
WWW.COPPERHEADROADBAR.COM
08.24.18
COPPER CON
(719) 659-9099 FOR VIP TABLES 3330 N ACADEMY BLVD COLORADO SPRINGS CO 80917
Copperhead Road
August 15, 2018 ·
Write a comment...
Monday, December 16, 2024
Mon 8:20 PM (Local time)
8:20 PM
12/16/2024


Facebook
facebook.com/photo?fbid=1444816705586202&set=a.290282561039628
Copperhead
08.25.17
COPPER CON
COSPLAY CONTEST
WWW.COPPERHEADROADBAR.COM
(719) 659-9099 FOR VIP TABLES
FACEBOOK.COM/COPPERHEADROADBAR
INSTAGRAM.COM/COPPERHEADROADBAR
3330 N ACADEMY BLVD COLORADO SPRINGS CO 80917
Support Our Troops
Copperhead Road
August 23, 2017
1
1
Write a comment...
Monday, December 16, 2024
Mon 8:21 PM (Local time)
8:21 PM
12/16/2024

# EXHIBIT O

Facebook

facebook.com/photo/?fbid=916201361781075&set=a.290282561039628




**Copperhead Road**
October 27, 2015

13 · 14 · 9

Most relevant

**Britney Smith**
Does $10 include cover and an orange cup?
9y Like Reply

Copperhead Road replied · 1 Reply

**Jessica Anstett**
How much for cover?
9y Like Reply

Copperhead Road replied · 2 Replies

**Valerie Cox**
Are orange cups free refills all night till midnight as well?
9y Like Reply

Write a comment...

Monday, December 16, 2024
Mon 8:27 PM (Local time)

8:27 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=915145605219984&set=a.149135418487677




Copperhead Road
October 24, 2015 ·

HALLOWEEN HO-DOWN in 7 more days only!!! SEE YALL THERE!!! ☐☐☐☐

4

Write a comment...

Monday, December 16, 2024
Mon 8:27 PM (Local time)

8:27 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=914673488600529&set=a.149135418487677




**Copperhead Road**
October 23, 2015 ·

ONLY 8 MORE DAY UNTILHALLOWEEN HO-DOWN! WITH A SPOOKY TWIST ON OUR RED SOLO CUP PARTY! □□□□□! SEE YALL THERE!

6 1

Write a comment...

Monday, December 16, 2024
Mon 8:28 PM (Local time)

8:28 PM
12/16/2024

# EXHIBIT P



Facebook
facebook.com/photo/?fbid=793783104022902&set=a.290282561039628
COPPERHEAD ROAD | 3330 N ACADEMY BLVD COLORADO SPRINGS, CO 80917
COPPERHEAD ROAD'S FEBRUARY EVENTS
NEW YEAR! NEW PROMOS!
2-5-15 THURSDAY LADIES NIGHT- FREE DRINKS 10-11PM
CHAPS & A$$ SHAKIN' CONTEST @ 12AM
2-6-15 NEW!!! FRIDAY $5 FEVER- 9PM-12AM
MILITARY APPRECIATION NIGHT (NEW SPIN ON RED CUP)
2-7-15 TRIBUTE SATURDAYS
SPECIAL FEATURED ARTIST MUSIC SETS
2-12-15 THURSDAY LADIES NIGHT- FREE DRINKS 10-11PM
CHAPS & A$$ SHAKIN' CONTEST @ 12AM
2-13-15 2ND ANNUAL CUPID SHUFFLE RENDEZVOUS
$3 XxX BOMBS AND $4 TONGUE TIED DRINKS TIL MIDNIGHT!
2-14-15 ALL YOU NEED IS LOVE BOOZE & BEADS PARTY
SPECIAL VALENTINE'S DAY PARTY WITH A MARDI GRAS TWIST
2-17-15 TUESDAY FEB 17TH FAT TUESDAY BASH
2-19-15 THURSDAY LADIES NIGHT- FREE DRINKS 10-11PM
MAGIC MIKE NITE @9PM- ???
CHAPS & A$$ SHAKIN' CONTEST @ 12AM
2-20-15 NEW!!! FRIDAY $5 FEVER- 9PM-12AM
MILITARY APPRECITION NIGHT (NEW SPIN ON RED CUP)
2-21-15 TRIBUTE SATURDAYS
SPECIAL FEATURED ARTIST MUSIC SETS
2-26-15 THURSDAY LADIES NIGHT- FREE DRINKS 10-11PM
CHAPS & A$$ CONTEST @ 12AM
2-27-15 NEW!!! FRIDAY $5 FEVER - 9PM- 12AM
MILITARY APPRECIATION NIGHT (NEW TAKE ON RED CUP)
2-28-15 TRIBUTE SATURDAYS
SPECIAL FEATURED ARTIST MUSIC SETS
RSVP YOUR BDAY PARTY/BACHELOR(ETTE)/ GIRLS NIGHT OUT
CALL FOR VIP SERVICE 719-659-9099
DESIGN@DJEMIR.COM
FEBRUARY 2015
WWW.COPPERHEADROADBAR.COM
3330 N ACADEMY BLVD COLORADO SPRINGS, CO 80917
INSTAGRAM @COPPERHEADROADBAR
MARDI GRAS LOVE PARTY SATURDAY FEB 14TH
& FAT TUESDAY BASH TUESDAY FEB 17TH
SCAN FOR MORE INFO
Copperhead Road
February 7, 2015
3
1
1
Most relevant
Pita Medina
Samantha Zuniga
9y Like Reply
Write a comment...
Monday, December 16, 2024
Mon 8:33 PM (Local time)
8:33 PM
12/16/2024

Facebook

facebook.com/photo/?fbid=617181491683065&set=a.290282561039628

Copperhead Road
February 9, 2014 ·




Write a comment...

Monday, December 16, 2024
Mon 8:41 PM (Local time)

8:41 PM
12/16/2024


Facebook
facebook.com/photo/?fbid=616814225053125&set=a.616814211719793
SPONSORED BY
X-RATED
CUPID SHUFFLE
Rendezvous
FEB. 13TH
What's love got to do with it
FREE CHAMPAGNE FOUNTAIN AND STRAWBERRIES FOR THE FIRST 100 PEOPLE THROUGH THE DOOR!
COPPERHEAD ROAD
3330 N. ACADEMY BLVD. CO. SPRINGS
LOVE MORE INFO? CALL 719-659-9099 FACEBOOK.COM/COPPERHEADROAD
Copperhead Road
February 8, 2014 ·
8
1
1
Most relevant
Brian Lee
lol we have the same girl on our flyer! lol
10y Like Reply
Write a comment...
Monday, December 16, 2024
Mon 8:41 PM (Local time)
8:41 PM
12/16/2024